UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:15-CR-187-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO SEAL |
| ) | |
| THURMAN STANCIL, ) | |
| Defendant ) | |

FILED
NOV 12 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

This matter is before the Court on Defendant's Motion to Seal, requesting that Defendant's Motion to Review Detention Order be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Motion to Review Detention Order.

This _12_ day of November, 2015.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE