IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-187-BO

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| THURMAN STANCIL | ) |

CONSENT ORDER

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court the following:

1. They have settled the litigation in this matter.

2. The parties' settlement is neither a concession by the United States that the real property is not subject to forfeiture nor an admission of wrongdoing by the Claimant. Rather, the parties' settlement is merely a compromise to avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the Petitioner's claims relating to forfeiture of the defendant real property, to wit, the real property having the physical address of 357 Barnes Lake Road, Middlesex, NC, including any and all appurtenances and improvements thereto, in the name of Thurman E. Stancil, said property legally described in a Deed recorded in Book 910, Page 34 of the Johnston County,

1

North Carolina Register of Deeds.

It is, therefore,

ORDERED that the Stancil Family Trust pay to the United States the sum of $18,000, payable on execution of this settlement, in lieu of the forfeiture of the subject real property to the United States. Payment to be made by bank check, money order, or other secure funds payable to the "United States Department of Justice" and mailed to the United States Attorney's Office, and, further, shall remove any buildings or structures from the property within 60 days of execution of the Settlement Agreement;

ORDERED that the $18,000 is forfeited to the United States and shall be disposed of by the United States according to law;

ORDERED that the United States execute a non-warranty deed to release any claim to and interest which it may have in the subject real property to the Stancil Family Trust, and promptly withdraw any lis pendens it has filed which encumbers the property being released; and

ORDERED that each party shall bear its own attorneys' fees, costs, and expenses in this litigation.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this criminal forfeiture matter.

2

SO ORDERED this / day of November 2016.

*(signature)*
TERRENCE W. BOYLE
United States District Judge

Consented to by:

*(signature)*
STEPHEN A. WEST
Attorney for United States of America

*(signature)* 10/21/16
SAMUEL STANCIL, Trustee, on behalf
of the Stancil Family Trust

*(signature)* 10/31/16
LEVONIA STANCIL, Trustee, on behalf
of the Stancil Family Trust

*(signature)* 10/28/16

3